U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR 2 1 2015

TONY R. MOORE, CLERK
BY _____
       DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| LUIS MUNGUIA,<br>    Appellant | CIVIL ACTION<br>NO. 1:14-cv-00912 |
| VERSUS | |
| UNITED STATES OF AMERICA,<br>    Appellee | JUDGE JAMES T. TRIMBLE, JR.<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law,

IT IS ORDERED that the United States' motion to dismiss for lack of subject matter jurisdiction (Doc. 22) is GRANTED, Munguia's motion for summary judgment (Doc. 29) is DENIED, and Munguia's complaint is DISMISSED WITHOUT PREJUDICE as premature.

THUS ORDERED AND SIGNED in Chambers at _Alexandria_, Louisiana, on this 21st day of _April_ 2015.

                                                JAMES T. TRIMBLE, JR.
                                                UNITED STATES DISTRICT JUDGE